AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAMARCUS BONNER & TYRON HARRIS | ) | Case No. |
| | ) | 26-mj-132-01/02-TSM |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 23, 2026__ in the county of __Sullivan__ in the _____ District of __New Hampshire__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1201(a)(1) and (c) | Kidnapping with use of interstate or foreign travel/commerce (Conspiracy) |

This criminal complaint is based on these facts:

See Attached

❐ Continued on the attached sheet.

/s/ Paul Mullen
*Complainant's signature*

Paul Mullen, FBI Special Agent
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **May 7, 2026**

*Judge's signature*

City and state: __Concord, New Hampshire__

Talesha Saint-Marc, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT OF FBI SPECIAL AGENT PAUL MULLEN**

I, Paul Mullen, being first duly sworn, hereby depose and state as follows:

INTRODUCTION

1. Since November 2008, I have been employed as a Special Agent of the Federal Bureau of Investigation ("FBI"). I am currently assigned to the Boston Division, Hampton, New Hampshire Resident Agency. I investigate criminal matters and primarily focus on violent crimes, often in conjunction with other law enforcement officers from local, county, state, and federal agencies throughout the state of New Hampshire and elsewhere. Prior to being a Special Agent with the FBI I worked for approximately a year as a Trooper with the New Hampshire State Police.

2. I have investigated both national security and criminal matters. I acquired experience in these investigations through training at the FBI Academy in Quantico, Virginia, and by conducting investigations in the field. I am also a trained member of the FBI Evidence Response Team. My investigations have included the use of a variety of investigative techniques, including but not limited to: subject, victim, and witness interviews; analysis of telephone and financial records; physical surveillance; handling of cooperating sources and witnesses; exploitation of cellular, social media, and Internet Protocol ("IP") based communications data; execution of search and seizure warrants; wire, electronic, and oral wiretaps; and the execution of arrest warrants.

3. Based on the following information, there is probable cause to believe that TYRON HARRIS and DAMARCUS BONNER, have committed the offenses of Kidnapping and Conspiracy to Commit Kidnapping in violation of 18 U.S.C. §§ 1201(a) and (c).

1

4.      This affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a complaint.  Accordingly, while this affidavit contains all the material information pertinent to the requested complaint, it does not include each and every fact known to me or other law enforcement agents concerning this investigation.

5.      The information contained in the Affidavit is based on my personal knowledge and information provided by other law enforcement officers.

## STATUTES

6.      Title 18, U.S.C., Section 1201 provides, in relevant part:

**(a)** Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when—

> **(1)** the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;
>
> …

**(c)** If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.

## FACTS

7.      On or about January 24, 2026, the Greenfield, Massachusetts Police Department received a report of a possible kidnapping from INDIVIDUAL 1. INDIVIDUAL 1 reported that he had been contacted by VICTIM 1, an adult female and the mother of INDIVIDUAL 1's child, and that VICTIM 1informed him that she was being held against her will and that she needed money to pay her captors to prevent further harm to her.

8.      INDIVIDUAL 1 advised law enforcement that he received images sent from VICTIM 1's phone that showed VICTIM 1's feet bound and burn marks on her abdomen. INDIVIDUAL 1

2

noted that he observed others in a FaceTime video with VICTIM 1's phone and that one of the apparent captors carried a silver handgun.

9.    Law enforcement was able to obtain location information for VICTIM 1's phone which indicated that it was in the area of a single-family home in Springfield, Vermont (the "RESIDENCE").

10.    On or about January 25, 2026, Springfield Police officers arrived at the RESIDENCE and, after learning that there were multiple occupants within, used a loudspeaker to order all occupants out of the building. VICTIM 1 exited the building.

11.    While VICTIM 1 was being escorted from the RESIDENCE to a police cruiser by law enforcement, she stated that she had been kidnapped from Claremont, New Hampshire by BONNER and HARRIS and explained that they were still within the RESIDENCE. HARRIS and BONNER later emerged from the RESIDENCE. Another individual ("CO-CONSPIRATOR 2"), and two other adults and one minor also emerged from the building.

12.    VICTIM 1 further explained that she had been tortured, restrained, and held captive for money as HARRIS and BONNER believed she stole drugs or money from them and wanted to be paid back.

13.    VICTIM 1was transported to the hospital for treatment. While there she provided a statement to law enforcement. She reported that on January 23, 2026, she was at a residence in Claremont, New Hampshire, when she made plans with another individual ("CO-CONSPIRATOR 1") to purchase drugs. VICTIM 1 further reported that she met with CO-CONSPIRATOR 1 in Claremont while CO-CONSPIRATOR 1 was standing outside of a black pickup truck. As VICTIM 1 approached the truck, she observed the rear door of the truck open and saw BONNER and HARRIS inside. VICTIM 1 reported that after seeing HARRIS and

3

BONNER she entered the truck against her will. She recognized the driver of the truck as CO-CONSPIRATOR 3.

14.    HARRIS and BONNER then transported VICTIM 1from Claremont, New Hampshire, to the RESIDENCE in Springfield, Vermont. VICTIM 1confirmed that she was taken to Vermont against her will.

15.    VICTIM 1 reported that at the RESIDENCE, CO-CONSPIRATOR 2 bound her hands and feet with duct tape and struck her face and body. She also reported that she was blindfolded and a towel was placed over her face and her captors poured hydrogen peroxide over the towel. VICTIM 1 also reported that a knife was heated up and pressed against her body inflicting burn marks on her abdomen and back.

16.    VICTIM 1 reported that BONNER and HARRIS took her phone and accessed her Facebook Messenger account requesting money and threatening that VICTIM 1 would be seriously injured. One of the individuals contacted was INDIVIDUAL 1.

17.    VICTIM 1 explained that she was restrained and not free to leave the RESIDENCE and that she was threatened by both HARRIS and BONNER while at the RESIDENCE. She also observed a silver handgun brandished by HARRIS and BONNER.

18.    While speaking with VICTIM 1, law enforcement was able to observe VICTIM 1's injuries, which included burn marks on her back and abdomen and duct tape marks on her wrists consistent with her account.

19.    A subsequent search of the RESIDENCE revealed a silver handgun consistent with both VICTIM 1 and INDIVIDUAL 1's description, a quantity of heroin which appeared to be packaged for distribution, and other illegal drugs.

20.     The search of the RESIDENCE further revealed duct tape formed as if it was restraining someone and located in the basement bedroom where VICTIM 1 described she was held captive. In the same room was a large knife and torch and a bottle of hydrogen peroxide—all consistent with VICTIM 1's account.

21.     Based on the foregoing, there is probable cause to believe that TYRON HARRIS and DAMARCUS BONNER have committed the offenses of Kidnapping and Kidnapping Conspiracy in violation of 18 U.S.C. 1201(a) and (c).


/s/ Paul Mullen
Paul Mullen
FBI Special Agent


Sworn and subscribed to me, telephonically, this ~~6th~~ 7th day of May 2026, at Concord, New Hampshire.

Hon. Talesha L. Saint-Marc
United States Magistrate Judge

5